UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARISSA ANTONUCCI,                                          ORDER
                                                           02 CV 5246 (GBD)
                              Plaintiff,

               -against-

MORGAN STANLEY DEAN
WITTER & CO., INC.,
                              Defendant.
----------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

        After this employment discrimination action was referred to Magistrate Judge Frank

Maas, the plaintiff died.  Defendant now moves to preclude plaintiff's estate from offering the

plaintiff's deposition testimony, into evidence at trial, on the grounds that it is inadmissible

hearsay under Rule 804(b)(1) of the Federal Rules of Evidence.  Magistrate Judge Maas issued a

Report and Recommendation ("Report") wherein he found that defendant was denied an

adequate opportunity to examine plaintiff prior to her death.  The magistrate judge, therefore,

recommends that defendant's motion be granted.  In the Report, Magistrate Judge Maas advised

the parties that failure to file timely objections to the Report will constitute a waiver of those

objections for purposes of appeal.  No party filed objections to the Report and the time to do so

has expired.  28 U.S.C. § 636(b)(1).

        The Court may accept, reject or modify, in whole or in part, the findings and

recommendation set forth within the Report.  28 U.S.C. § 636(b)(1).   Where there are no

objections, the Court may accept the Report provided there is no clear error on the face of the

record.  Nelson v. Smith, 618 F.Supp. 1186, 1189 (S.D.N.Y. 1985); see also Heisler v. Kralik,

981 F.Supp. 830, 840 (S.D.N.Y. 1997), aff'd sub nom. Heisler v. Rockland County, 164 F.3d

618 (2d Cir. 1998).

After reviewing the Report, the Court finds that the record is not facially erroneous. Therefore, the Court adopts the Report in its entirety and, for the reasons stated therein, the motion is granted.

Dated: New York, New York
        May 23, 2005

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge